IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

CARY and TASHA WILSON,

    Plaintiffs,

vs.

DYNAMIC RECOVERY SERVICES, INC.

    Defendant.

Case No. 2:09-cv-344 TJW
JURY

## NOTICE OF PENDING SETTLEMENT

Plaintiffs Cary and Tasha Wilson, through counsel, submit this Notice of Pending Settlement and state the parties have reached a verbal settlement of this matter including all parties and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

By:   /s/ Bonner C. Walsh
       Jeffrey L. Weinstein
       State Bar No. 21096450
       Bonner C. Walsh
       State Bar No. 24051766

       **JEFFREY L. WEINSTEIN, P.C.**
       518 East Tyler Street
       Athens, Texas 75751
       903/677-5333
       903/677-3657 - facsimile

       **COUNSEL FOR PLAINTIFFS**

## *CERTIFICATE OF SERVICE*

      This is to certify that the above and foregoing document has been forwarded to all parties of record as shown below on this 16th day of March 2010 as follows:

**CERTIFIED MAIL, Return Receipt Requested**
**No. 70091680000145506464 and VIA E-MAIL**
Raymond O. Davidson, III
Client Services Manager
Dynamic Recovery Services, Inc.
4101 McEwen, Suite 150
Farmers Branch, Texas 75244